# United States District Court
## For The Western District of North Carolina
## Statesville Division

BRANCH BANKING and TRUST
COMPANY,

           Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                 5:11CV114

THE GLEN at BROADSTONE,
LLC, ET AL,

           Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2012 Memorandum and Order.

                            Signed: February 3, 2012

Frank G. Johns, Clerk
United States District Court